IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHEK,

    Plaintiff,

v.

JUDGE WILLIAM ALSUP, *et al.*

    Defendants.

No. C 14-80152 WHA

**ORDER DENYING PREFILING REVIEW**

    By order filed December 12, 2013, John Shek was declared a vexatious litigant (No. C. 13-02017, Dkt. No. 136). In the order, plaintiff was informed that he may not file any further complaints that "have to do with his employment at or termination by Children's Hospital and Research Center in Oakland, without obtaining prior leave from the Court." The complaint appears to allege a smorgasbord of constitutional violations and other claims directed at the undersigned judge and a district director at the Equal Employment Opportunity Center, stemming from his termination from Children's Hospital.

    To the extent the complaint is decipherable, it does not state a claim. Leave to proceed is **DENIED**.

    **IT IS SO ORDERED.**

Dated: May 28, 2014.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE